UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ABRAHAM MANSOUR,

          Plaintiff,

          - v -

KUWAIT AIRWAYS CORP.,

          Defendant.
------------------------------------------------------------x

**ORDER**

CV-02-6723 (NG)(VVP)

    By letter dated September 18, 2003, the plaintiff has again moved for sanctions based on the defendant's alleged non-compliance with this court's August 13, 2003 order compelling answers to interrogatories served by the plaintiff. The application is denied. The court has reviewed the responses provided by the defendant and find them sufficient to comply with the court's order, provided they are supplemented as promised. To the extent that the defendant has not provided detailed information requested in interrogatories 1, 2, and 3 about its Kuwait-based employees, the court finds that the burdensomeness of responding to the requests for that information so far exceeds any possible usefulness of the information that the court rescinds its August 13, 2003 order insofar is it may have required the production of such information by precluding the defendant from withholding information on the basis of objections.

    The defendant, by its letter dated September 24, 2003 in response to the plaintiff's letter, requests a conference to address the issues the plaintiff's counsel "purports to raise pursuant to this Motion." The court presumes that the defendant is referring to the scope of discovery regarding severance (and perhaps other) policies applicable to Kuwait-based employees as distinguished from employees based in the United States and elsewhere other than Kuwait. Whether or not the court is correct in that presumption, the best way to raise such an issue is by way of an application for a protective order, which may be made by letter, limited to three pages, to which the plaintiff will be required to reply within three business days by letter limited to three

pages. The court will then rule on the scope of discovery, or convene a conference if the court requires additional information to make a decision.

VIKTOR V. POHORELSKY
United States Magistrate Judge

Dated: Brooklyn, New York
October 7, 2003